377 A.2d 192

Commonwealth ex rel. Carroll, Appellant, v. Gedney.

Submitted April 2, 1976. David S. Dessen and John W. Packel, Assistant Defenders, for appellant; Mark Sendrow and Steven H. Goldblatt, Assistant District Attorneys, for appellee.

OPINION PER CURIAM: Order affirmed. The appellant is directed to appear in the court below when called to comply with the order of extradition.